

# IN THE
# TENTH COURT OF APPEALS

### No. 10-14-00406-CR

**MICHAEL EDWARD STRICKLAND,**

                                                                **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                                                **Appellee**

**From the 82nd District Court**
**Falls County, Texas**
**Trial Court No. 8032**

## O R D E R

Michael Edward Strickland was convicted in 2007. He is currently appealing the trial court's denial of his request for post-conviction DNA testing.

The Court electronically received and filed a clerk's record in this appeal on February 3, 2015. Upon closer inspection, this clerk's record pertained to the trial court's ruling on an application for post-conviction writ of habeas corpus filed by Strickland pursuant to article 11.07 of the Code of Criminal Procedure. It did not

pertain to the trial court's ruling on Strickland's request for post-conviction DNA testing.

Accordingly, the clerk's record filed in this appeal on February 3, 2015 is stricken. The clerk's record and the reporter's record for this appeal remain due by February 9, 2015.

PER CURIAM

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Clerk's record stricken
Order issued and filed February 12, 2015

